UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CURTIS J. WALKER, | ) CASE NO. C17-1540RSM |
| | ) |
| Petitioner, | ) |
| | ) MINUTE ORDER GRANTING |
| v. | ) EXTENSION OF TIME |
| | ) |
| JERI BOE, | ) |
| | ) |
| Respondent. | ) |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On April 16, 2018, Petitioner filed a Motion for Extension of Time to file Objections to the pending Report and Recommendation on his habeas petition. Dkt. #19. Currently, any Objections are due no later than April 26, 2018. Dkt. #18. In his motion, Petitioner explains that, at his facility, appointments for use of the law library are limited, and that often other appointments and responsibilities impact the ability to receive a law library appointment. Dkt. #19. Accordingly, he seeks a 45-day extension to file his Objections. *Id.*

The Court, having reviewed Petitioner's motion, finds good cause for an extension and hereby GRANTS the motion (Dk. #119). Petitioner's Objections are due **no later than June 11, 2018**. Objections should be noted for consideration for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of Objections. If no timely Objections are filed, the matter will be ready for consideration on **June 15, 2018**.

MINUTE ORDER
PAGE - 1

DATED this 17th day of April, 2018.

WILLIAM McCOOL, Clerk

By:    /s/ Paula McNabb
       Deputy Clerk